```
                                    FILED
                                    APR 2 2012
                                    CLERK, U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF CALIFORNIA
                                    BY _____
                                          DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:12-mj-0050 KJN |
| ) | |
| Plaintiff, ) | ORDER UNSEALING CRIMINAL |
| ) | COMPLAINT AND AFFIDAVIT IN |
| v ) | SUPPORT OF THE CRIMINAL COMPLAINT |
| ) | |
| ROBB HARRISON CHEAL, ) | |
| NADEEM KHAN, ) | |
| ROBERT CARILLO, and ) | |
| RYAN CHEAL, ) | |
| ) | |
| Defendants. ) | |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:11-mj-0312 KJN be, and is, hereby ordered **UNSEALED**.

DATED: March 30, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE