**FILED**

APR 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____K_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBB HARRISON CHEAL,<br>NADEEM KHAN,<br>ROBERT CARILLO, and<br>RYAN CHEAL,<br><br>　　　　Defendants. | Mag. No. 2:12-mj-0050 KJN<br><br>ORDER GRANTING GOVERNMENT'S APPLICATION FOR ISSUANCE OF SUMMONS AND ARREST WARRANT |

O R D E R

Pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure and the Government's Application, **IT IS HEREBY ORDERED** that an arrest warrant shall issue for defendant Robert CARILLO and summons shall issue for defendants Robb CHEAL, Nadeem KHAN, and Ryan CHEAL.

**IT IS SO ORDERED.**

DATED: March 30, 2012

_____/s/ Dale A. Drozd_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE